**STATE of Missouri, Respondent,**

v.

**Michael BUTLER, Appellant.**

**Michael BUTLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 48848, WD 49966.**

Missouri Court of Appeals,
Western District.

April 18, 1995.

---

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferon City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Consolidated appeal from convictions of assault in the first degree and armed criminal action, in violation of §§ 565.050 and 571.015, RSMo 1994, and imposition of sentence as a prior offender under §§ 558.016 and 557.036.4, RSMo 1994, as well as denial of Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

Affirmed. Rules 84.16(b) and 30.25(b).